In the Matter of the Claim of BEATRICE BLITZ, Appellant. EDWARD CORSI, as Industrial Commissioner, Respondent.

Argued November 30, 1950; decided January 11, 1951.

*John T. De Graff, John E. Holt-Harris, Jr.,* and *John J. Kelly, Jr.,* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Francis R. Curran* and *Wendell P. Brown* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.